In the Matter of VILLAGE OF LAWRENCE, Respondent, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Appellants.—

All  concur.

[178 Misc. 962.]